

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00067-CV
_____

DAVID MONTES, Appellant

V.

SARAH LYNNE MONTES, Appellee

On Appeal from the 415th District Court
Parker County, Texas
Trial Court No. CV-22-0405

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's "Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  August 10, 2023